Case 2:16-cr-00888 Document 11 Filed in TXSD on 10/07/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-1214 |
| | § | |
| JORGE ALBERTO RIVERA JR. | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant has an active warrant for failing to appear in a felony offense. Therefore, he appears to be a flight risk. The findings and conclusions contained in the Pretrial Services Report are adopted.[1]

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

---

[1] Counsel for defendant indicated the warrant may not be active and that she is investigating the circumstances of the failure to appear. Counsel may move to re-open the detention hearing if she believes new information warrants reconsideration of this order of detention.

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 7th day of October, 2016.

                                                            Jason B. Libby
                                         United States Magistrate Judge